Pauline Lux et al., Plaintiffs-Appellants, Respondents, v. Frank Lelija, Individually and as Administrator of Estate of Anna Lelija, Deceased, and Mary Morse, Defendants-Appellees, Petitioners.

Gen. No. 10,969.

Second District.

September 20, 1956.

Rehearing denied October 2, 1956.

Released for publication October 2, 1956.

Richard A. Mohan, for plaintiffs-appellants; Berry & O'Conor, for defendants-appellees and petitioners for leave to appeal. Opinion by JUSTICE CROW. Not to be published in full.